**File Hashes for IP Address 174.51.234.104**

**ISP:** Comcast Cable
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/02/2013 10:13:15 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 11/09/2012 21:15:21 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 11/08/2012 17:17:21 | 941949F8F0D4F6A03E23515626AA08A9BEC0AF61 | Backstage |
| 11/03/2012 19:27:06 | 3DA5344A0E67A6B950F8419A3D21906DA1EFEC1E | Little Lover |
| 11/03/2012 18:09:21 | 10E2887D2C624BEB5A1EF183C5B9E79C97A8A2C5 | Threes Company |
| 09/20/2012 13:53:05 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 06/30/2012 16:36:36 | 6778E1BB616874E8EDFCCB39BBAD28ABA01CBE8B | Happy Couple |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

CO93