**Copyrights-In-Suit for IP Address 174.51.234.104**

**ISP:** Comcast Cable
**Location:** Denver, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 11/08/2012 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/20/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/30/2012 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 11/03/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/02/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/09/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 11/03/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  7**

EXHIBIT B