**Expanded Surveillance of IP Address 174.51.234.104**

**ISP:** Comcast Cable
**Location:** Denver, CO

| Hit Date UTC | Filename |
|---|---|
| 01/15/2013 | Esperanza.Gomez.Hola.Neighbor.RealWifeStories.2013_iyutero.com.mp4 |
| 01/15/2013 | Acid attack II |
| 01/15/2013 | Anna's Seitensprung.mp4 |
| 01/15/2013 | Eve.Laurence.Slut.At.Large.PornStarsLikeItBig.2013_iyutero.com.mp4 |
| 01/15/2013 | The Mentalist S05E10 HDTV x264-LOL[ettv] |
| 01/10/2013 | PornstarsLikeItBig - Kirsten Price (To Live and Fuck in LA Part  1 ** HOT ** 8 JANUARY 2013.mp4 |
| 01/06/2013 | BabyGotBoobs - Finding the Perfect Fuck - Madison Ivy.mp4 |
| 01/02/2013 | Jayden James - Stunning Busty Babe .wmv |
| 01/02/2013 | DirtyMasseur Esperanza Gomez Deep Tissue Orgasm.mp4 |
| 01/02/2013 | Creampies.Anyone.XXX.DVDRip.XviD-PLEASURE |
| 01/02/2013 | Sex Art - Cameron Canada.avi |
| 01/02/2013 | Perfect.Blondes.DiSC1.XXX.DVDRip.x264-SWE6RUS |
| 01/02/2013 | nobranlexmadverbill_2k.wmv |
| 01/02/2013 | PornstarsLikeItBig .Esperanza Gomez |
| 01/02/2013 | da_marica_hase_480p_2000.mp4 |
| 01/02/2013 | PervsOnPatrol Dee Best Workout Ever.mp4 |
| 01/02/2013 | x-art_angie_morning_desires_720.wmv |
| 12/26/2012 | Coronation.Street.Seasone.53.Episode.23.Fri.Dec.7.2012.[.Episode.1.HDTV.XviD-LOL[ettv].avi |
| 12/22/2012 | Wuthering.Heights.2012.DVDRip.XviD NEW |
| 12/10/2012 | CasualTeenSex - Casual Fucking for Lucky Teeny - Linda [720p].mp4 |
| 12/09/2012 | Mandingo.Massacre.6 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 12/09/2012 | BabyGotBoobs - Madison Ivy.mp4 |
| 12/08/2012 | ManualSqlServer2000 -Espa?ol-.rar |
| 12/05/2012 | MofosWorldWide Denisa Heaven Horny Redhead.mp4 |
| 12/05/2012 | prnfle971x.mp4 |
| 12/05/2012 | Share.The.Load.5.XXX.DVDRip.XviD-VBT |
| 12/05/2012 | WowGirls - A Twilight Dream - Natasha Von [720p].mp4 |
| 12/05/2012 | WowGirls Cock Addicts Anjelica, Zoe |
| 12/05/2012 | Sperm.Swap.In.Europe.2.XXX.DVDRip.XviD-STARLETS |
| 12/04/2012 | Blow Me Sandwich 15 (2012) [DVDRip][WwW.ZoNaTorrent.CoM].avi |
| 11/26/2012 | DoctorAdventures  Jacky Joy, Christie Stevens |
| 11/26/2012 | Sperm.Swap.In.Europe.2.XXX.DVDRip.XviD-Jiggly |
| 11/26/2012 | Beautiful Lucky Gives Head and Gets a Mouthful Private.com 22.111080p |
| 11/26/2012 | Chary.Kiss.Tina.Blade.True.Friends.Like.To.Share.Assholefever.2012_iyutero.com.wmv |
| 11/25/2012 | ROBIN HOOD [TS-SCREENER][Xvid][Spanish] |
| 11/25/2012 | Swallow.My.Pride.10.XXX |
| 11/25/2012 | Its Huge 3 [Split Scenes] |
| 11/25/2012 | Addicted to MILFS #4.avi |
| 11/25/2012 | tngfjessiealan.mp4 |
| 11/25/2012 | Absolute House 2012 |
| 11/25/2012 | Share.The.Load.5.XXX.DVDRip.XviD-VBT |
| 11/25/2012 | Busty.Beauties.Car.Wash.XXX.DVDRip.XviD-Jiggly |
| 11/25/2012 | BigTitsInSports Rachel Starr |
| 11/24/2012 | Aubrey and Mia - Erotic Fitness HD720p (reshi5531) |
| 11/24/2012 | TonightsGirlfriend - Role Playing - Jessie Rogers [720p].mp4 |
| 11/13/2012 | Passion-HD  Precious Flowers  Holly Michaels, Madison Ivy |

EXHIBIT C

CO93

| Hit Date UTC | Filename |
|---|---|
| 11/13/2012 | Tonights.Girlfriend.7.XXX.DVDRiP.XviD-DivXfacTory |
| 11/13/2012 | MySistersHotFriend - Madison Ivy.wmv |
| 11/13/2012 | Tonights Girlfriend - Jayden Jaymes and Lisa Ann hd 720 xXx.mp4 |
| 11/13/2012 | X-Art - Connie - Lovers In Paradise.wmv |
| 11/13/2012 | Warm Hands_750.mp4 |
| 11/13/2012 | The Cock Huntress |
| 11/13/2012 | xxx26.mp4 |
| 11/12/2012 | x-art_ivy_sebastian_soul_mates_720.mov |
| 11/12/2012 | Amateur Kada Love-Dildo Penetration.mov |
| 11/10/2012 | btis_brooklyn_blue_480p_1000.mp4 |
| 11/10/2012 | Shy Desi Girl Sucking Big Cock and Cum in Her Mouth.mp4 |
| 11/10/2012 | btcp10796_800.mp4 |
| 11/10/2012 | Holly and Madison - Sex Therapy HD720p (reshi5531) |
| 11/10/2012 | Sarah_Vandella_Taking_The_Case_Pro_Boner_TwistysHard.mov |
| 11/10/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 11/10/2012 | X-Art - Maya - Backstage |
| 11/10/2012 | PureMature - Young Voyeur - Lisa Ann, Holly Michaels.mp4 |
| 11/07/2012 | [ www.Torrenting.com ] - Chernobyl.Diaries.2012.720p.BRRip.AC3.XViD-RemixHD |
| 11/07/2012 | MassageCreep - Jessie Rogers.wmv |
| 11/04/2012 | X-Art_-_Caprice_and_Anneli_-_Threes_Company_HD_1080p |
| 11/04/2012 | Beverly Hills 90210 - s01e19 - April Is the Cruelest Month.avi |
| 11/03/2012 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |
| 11/03/2012 | X-Art - Little Lover - Angel [1080p].mov |
| 10/30/2012 | Pure18 Faye Reagan, Teagan Summers, Lily Carter, Xander Corvus And Lizz Tayler |
| 10/30/2012 | tlib_riley_reid02_480p_1000.mp4 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 10/30/2012 | Prometheus (2012) DVDRip XViD - MENTiON |
| 10/30/2012 | Madison Ivy - Escalating Pleasure HD720p (reshi5531) |
| 10/30/2012 | DeepThroatLove - Nika Noir |
| 10/30/2012 | Zoe_Anjelica_Threesome_Adventure_SD.mp4 |
| 10/30/2012 | sgs_gia_dimarco_480p_1000.mp4 |
| 10/30/2012 | PassionHD - April Oneil (Sunday Afternoon).wmv |
| 10/30/2012 | Dolphin Tale 2011 HD Quality - IMAGINE |
| 10/30/2012 | MomsBangTeens - Jessica Volt, Syren DeMer |
| 10/30/2012 | Sarah Vandella, Tasha Reign (19.20.2012).mp4 |
| 10/30/2012 | MonstersOfCock - Angelica Sage ** 26 october 2012 ** SD MP4.mp4 |
| 10/30/2012 | prnfle696x.mp4 |
| 10/30/2012 | Tiny Chicks Struggle to Fit Huge Dicks 2 ** 2012 WEB-DL 720p **.mp4 |
| 10/28/2012 | Ofis.(8.sezon.01-24.serii.iz.24).2011-2012.XviD.WEB-DLRip.Gravi-TV |
| 10/23/2012 | plib_nikki_benz07_v2_480p_1000.mp4 |
| 10/23/2012 | Snow White and the Huntsman 2012 BRRip XviD-FULLHD |
| 10/17/2012 | mgbfnikitagiovanni_720.mp4 |
| 10/16/2012 | PornStarSpa - Kendall Karson ** 17 october 2012 ** HD 720.mp4 |
| 10/16/2012 | Pure18 Vanessa Cage, Riley Reed |
| 10/16/2012 | TittyAttack - Jenna Presley |
| 10/16/2012 | UNBREAKABLE |
| 10/16/2012 | Gabriella_Fox_Britney_Amber_Gabriella_Fox_Foxxxy.mp4 |
| 10/16/2012 | Jenna Haze and Tori Black from Intimate Passions |
| 10/16/2012 | btas_monique_alexander_480p_1000.mp4 |
| 10/16/2012 | TeenLikeItBig Lexi Belle and Madison Ivy Thunder Babes From Teenie Town.mp4 |
| 10/16/2012 | Vivian.Schmitt.Die.Pruefung.German.XXX.DVDRip.XviD-CHiKANi |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 10/16/2012 | Girls Of Cumelot Michelle B 2.wmv |
| 10/16/2012 | tngfjuliaphoenixjohnny_720.mp4 |
| 10/08/2012 | TonightsGirlfriend - Nicole Aniston ** NEW 5 october 2012 ** SD MP4.mp4 |
| 10/08/2012 | [yibis]_One_Piece_563_[480p][9F7381A2].mp4 |
| 10/08/2012 | Tori Black II from Intimate Passions |
| 10/08/2012 | Cold.Case.S06E03.HDTV.XviD-0TV |
| 10/08/2012 | ClubSandy.Sandy.And.Sandee.Westgate.Double.Dynamite.XXX.1080p.pornalized.mp4 |
| 10/04/2012 | Show Seduction_original.wmv |
| 10/04/2012 | 2 Whores Are Better Than 1.avi |
| 10/04/2012 | mlib_priya_rai04_480p_1000.mp4 |
| 10/04/2012 | Passion-HD. .Madison Ivy |
| 10/03/2012 | Lily.Carter.Is.Irresistible |
| 10/02/2012 | CrueltyParty  Madison Ivy and Dillon Harper |
| 09/29/2012 | Gabriella_Fox_Sexy_Hot_Gabriella_Fox_Scene_02_HD.mkv |
| 09/27/2012 | 12.09.19.Mackenzee Pierce_Jessica Lynn_BangBrosRemastered.mp4 |
| 09/26/2012 | ladadriannabilly_qt.mp4 |
| 09/26/2012 | 12.09.25.Linda_MoneyTalks.mp4 |
| 09/26/2012 | new_beginnings_big-1080.mp4 |
| 09/26/2012 | asphyxia_sparky_krysta_anthony_ba_wmv_high.wmv |
| 09/26/2012 | Its.Okay.Shes.My.Step.Daughter.11 |
| 09/26/2012 | BigTitsAtSchool  Jessie Rogers |
| 09/26/2012 | WowGirls_Klara_Hanna_Final_Fantasy.mp4 |
| 09/26/2012 | WowGirls - Happy Ending - Ella [1080p].wmv |
| 09/26/2012 | dm_aletta_ocean_480p_1000.mp4 |
| 09/26/2012 | Check Mate_mp4_750.mp4 |

EXHIBIT C

CO93

| Hit Date  UTC | Filename |
|---|---|
| 09/26/2012 | 12.09.24.Devon_Raylene_RealWifeStories.mp4 |
| 09/26/2012 | mgbfnikitagiovanni_qt.mp4 |
| 09/26/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 09/26/2012 | ktr.mtt.12.09.15.veronica.and.dakota.wmv |
| 09/26/2012 | Soccer.Moms.2012.XXX.DVDRiP.x264-DivXfacTory |
| 09/26/2012 | Sushi Party_mp4_750.mp4 |
| 09/25/2012 | Grey's Anatomy Season 1 |
| 09/25/2012 | 18OnlyGirls_-_Hailey_Champions_Get_The_Best_HD_1080p |
| 09/25/2012 | The.Gates.S01E13.720p.HDTV.x264-CTU [NO-RAR] - [ www.torrentday.com ] |
| 09/25/2012 | Burn Notice S06E10 Desperate Times HDTV x268-ASAP [VTV] |
| 09/10/2012 | Zero Tolerance--Double Takes 3.wmv |
| 09/10/2012 | plib_breanne_jessica_kirsten_kortney_480p_1000.mp4 |
| 09/10/2012 | Lizz and Holly - Sharing Is Caring.mpg |
| 09/10/2012 | double_take_big.mp4 |
| 09/08/2012 | rws_devon03_480p__2000.mp4 |
| 09/08/2012 | Lylith Lavey and Dayna Vendetta - Peeping John (reshi5531) |
| 09/08/2012 | FuckingAlisonStar-MP4-1.mp4 |
| 09/08/2012 | WowGirls - Non Stop Hardcore - Natasha Von [1080p].mp4 |
| 09/08/2012 | Harry Potter and the Sorcerer's Stone (2001)[Eng-Hindi]Dual.Audio[Brrip]720p |
| 09/08/2012 | Fuck.My.Tits.7.XXX.DVDRip.XviD-STARLETS |
| 09/07/2012 | The Woman In Black (2012) DVD--Rip |
| 09/07/2012 | tlib_alexis_monroe_480p_1000.mp4 |
| 09/07/2012 | IHaveAWife - Sheena Shaw ** NEW 6 september 2012 ** SD WMV.wmv |
| 09/07/2012 | Setting The Table_mp4_750.mp4 |
| 09/07/2012 | NaughtyOffice  Nikki Sexx mp4 |

EXHIBIT C

CO93

| Hit Date UTC | Filename |
|---|---|
| 09/07/2012 | horny_teens_big.mp4 |
| 08/31/2012 | mfhmevadanny_qt.mp4 |
| 08/26/2012 | Touch S01E11 [HDTV - LOL] |
| 08/26/2012 | The Dark Knight Rises (2012) DvDrip[Eng]-aXXo |
| 08/26/2012 | Cougar Sex Club |
| 08/26/2012 | MofosWorldWide - Abbie Cat ** NEW 26 june 2012 ** SD MP4.mp4 |
| 08/26/2012 | Sexual Rehab - Abbie Cat.avi |
| 08/26/2012 | Karina and Whitney - Best Friend Threesome HD720p (reshi5531) |
| 08/26/2012 | Passionate Love - Kari.mp4 |
| 08/26/2012 | TonightsGirlfriend  Veronica Avluv |
| 08/26/2012 | MC_Remy_La_Croix_Jada_Stevens_18_08_2012.mp4 |
| 08/26/2012 | Dani and Zoey - Seduction Frontier HD720p (reshi5531) |
| 08/26/2012 | Tonights Girlfriend - Tits.Wet.Pussy - Lily Carter - Lizz Tayler xXx.adduct.mp4 |
| 08/26/2012 | DormInvasion Rachel Roxxx, Alexis Fawx, Jamie Valentine |
| 08/26/2012 | PerfectFkingStrangers_-_Victoria_White_HD_1080p |
| 08/26/2012 | tbff_whitneywestgate_alexismonroe-wmvFullHigh-1.wmv |
| 08/26/2012 | BigTitsAtWork  Fuck My Heaving Bosoms - Jenna Presley |
| 08/25/2012 | BreakingAsses - Abbie Cat ** NEW 17 august 2012 ** SD MP4.mp4 |
| 08/25/2012 | DDFProd  Kassey Krystal, Cherry |
| 08/04/2012 | Black.Reverse.Gang.Bang |
| 08/04/2012 | Brooklyn.Lee.Nymphomaniac |
| 08/04/2012 | MonsterCurves - Cum For Curves - Sophie Dee And Phoenix Marie.mp4 |
| 08/04/2012 | 9765_Dylan Ryder_720.mp4 |
| 08/04/2012 | Suze - Madison Ivy ** 14 july 2012 ** HD 720.wmv |
| 08/03/2012 | Real.Wife.Stories.12.XXX |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 08/03/2012 | da_lily_katie-sd169.mp4 |
| 08/03/2012 | AssParade - Rachel Starr, Karen Fisher, Marissa ** NEW 24 july 2012 ** SD MP4.mp4 |
| 08/03/2012 | mwhfjenniferjohn_qt.mp4 |
| 08/03/2012 | Red Lights CAMrip |
| 08/01/2012 | SolSuite Solitaire 2012 12.6 |

EXHIBIT C

CO93