## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00307-PAB

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 174.51.234.104,

      Defendant.

_____/

## NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE that this is a BitTorrent copyright infringement case related to the cases listed below, which were filed by undersigned and are currently pending before Magistrate Judge Michael E. Hegarty. Per Judge Hegarty's request, this case should be assigned to him.

1. Malibu Media, LLC v. John Does 1-27, Case No. 1:12-cv-00409-REB-MEH;

2. Malibu Media, LLC v. John Does 1-28, Case No. 1:12-cv-00834-DME-MEH;

3. Malibu Media, LLC v. John Does 1-21; Case No. 1:12-cv-00835-REB-MEH;

4. Malibu Media, LLC v. John Does 1-23; Case No. 1:12-cv-00836-MSK-MEH;

5. Malibu Media, LLC v. John Does 1-16; Case No. 1:12-cv-00840-PAB-MEH;

6. Malibu Media, LLC v. John Does 1-11; Case No. 1:12-cv-00843-MSK-MEH;

7. Patrick Collins, Inc. v. John Does 1-12; Case No. 1:12-cv-00848-REB-MEH;

8. Patrick Collins, Inc. v. John Does 1-6; Case No. 1:12-cv-00849-PAB-MEH;

9. Malibu Media, LLC v. Fantalis et al; Case No. 1:12-cv-00886-MSK-MEH;

10. Raw Films, Ltd. v. John Does 1-9; Case No. 1:12-cv-00908-MSK-MEH;

11. Malibu Media, LLC v. John Does 1-33; Case No. 1:12-cv-01394-WYD-MEH;

12. Malibu Media, LLC v. John Does 1-5; Case No. 1:12-cv-01395-REB-MEH;

13. Malibu Media, LLC v. John Does 1-5; Case No. 1:12-cv-01405-WJM-MEH;

14. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-01406-REB-MEH;

15. Malibu Media, LLC v. John Does 1-54; Case No. 1:12-cv-01407-WJM-MEH;

16. Malibu Media, LLC v. John Does 1-15; Case No. 1:12-cv-01408-REB-MEH;

17. Patrick Collins, Inc. v. John Does 1-10; Case No. 1:12-cv-01411-REB-MEH;

18. Patrick Collins, Inc. v. John Does 1-10; Case No. 1:12-cv-01412-WJM-MEH;

19. Malibu Media, LLC v. Bill S. Felitti, et al.; Case No. 1:12-cv-01522-WJM-MEH;

20. Patrick Collins, Inc. v. John Does 1-23; Case No. 1:12-cv-01641-MSK-BNB;

21. Patrick Collins, Inc. v. John Does 1-32; Case No. 1:12-cv-01642-CMA-MEH;

22. Patrick Collins, Inc. v. John Does 1-18; Case No. 1:12-cv-01643-MSK-MEH;

23. Malibu Media, LLC v. Ramsey; Case No. 1:12-cv-01868-WJM-MEH;

24. Malibu Media, LLC v. Domindo; Case No. 1:12-cv-01871-REB-MEH;

25. Malibu Media, LLC v. Nelson; Case No. 1:12-cv-01875-REB-MEH;

26. Malibu Media, LLC v. Geary; Case No. 1:12-cv-01876-REB-MEH;

27. Malibu Media, LLC v. John Does 1-42; Case No. 1:12-cv-01953-WYD-MEH;

28. Third Degree Films, Inc. v. John Does 1-4; Case No. 1:12-cv-01954-CMA-MEH;

29. Patrick Collins, Inc. v. John Does 1-27; Case No. 1:12-cv-01955-RBJ-MEH;

30. Patrick Collins, Inc. v. John Does 1-12; Case No. 1:12-cv-01956-REB-MEH;

31. Malibu Media, LLC v. John Does 1-31; Case No. 1:12-cv-02069-WYD-MEH;

32. Malibu Media, LLC v. John Does 1-24; Case No. 1:12-cv-02070-WJM-MEH;

33. Malibu Media, LLC v. John  Does 1-14; Case No. 1:12-cv-02071-WJM;

34. Third Degree Films, Inc. v. John Does 1-47; Case No. 1:12-cv-02391-WJM-MEH;

35. Malibu Media, LLC v. John Does 1-22; Case No. 1:12-cv-02392-REB-MEH;

36. Malibu Media, LLC v. John Does 1-16; Case No. 1:12-cv-02393-MSK-MEH;

37. Malibu Media, LLC v. Wieland, Case No. 1:12-cv-02549-MSK-MEH;

38. Malibu Media, LLC v. John Does 1-37; Case No. 1:12-cv-02595-WYD-MEH;

39. Malibu Media, LLC v. John Does 1-31; Case No. 1:12-cv-02597-WYD-MEH;

40. Malibu Media, LLC v. John Does 1-22; Case No. 1:12-cv-02598-REB-MEH;

41. Malibu Media, LLC v. John Doe 1; Case No. 1:12-cv-02599-WJM-MEH;

42. Patrick Collins, Inc. v. John Does 1-5; Case No. 1:12-cv-03166-RBJ;

43. Patrick Collins, Inc. v. John Does 1-7; Case No. 1:12-cv-03167-PAB;

44. Malibu Media, LLC v. John Does 1-19; Case No. 1:12-cv-03168-WJM;

45. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-03169-PAB;

46. Malibu Media, LLC v. John Does 1-8; Case No. 1:12-cv-03170-PAB;

47. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-03171-CMA;

48. Malibu Media, LLC v. John Does 1-23; Case No. 1:12-cv-03172-CMA;

49. Malibu Media, LLC v. John Does 1-15; Case No. 1:12-cv-03173-WJM;

50. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.234.104 ;Case No. 1:13-cv-00307-PAB;

51. Malibu Media, LLC v. John Doe subscriber assigned IP address 174.51.250.8; Case No. 1:13-cv-00308- RBJ;

52. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.161.234; Case No. 1:13-cv-00309-WJM;

53. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.8.34.85; Case No. 1:13-cv-00310-WYD;

54. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.100.137; Case No. 1:13-cv-00311-RBJ;

55. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.11.70; Case No. 1:13-cv-00312-REB;

56. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.122.61; Case No. 1:13-cv-00313-RBJ;

57. Malibu Media, LLC v. John Doe subscriber assigned IP address 24.9.238.91; Case No. 1:13-cv-00314-WYD;

58. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.166.4.135; Case No. 1:13-cv-00315-REB;

59. Malibu Media, LLC v. John Doe subscriber assigned IP address 67.176.40.151; Case No. 1:13-cv-00316-CMA;

60. Malibu Media, LLC v. John Doe subscriber assigned IP address 75.71.30.155; Case No. 1:13-cv-00317-CMA;

61. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.154.142; Case No. 1:13-cv-00318-WYD;

62. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.181.0; Case No. 1:13-cv-00319-RBJ;

63. Malibu Media, LLC v. John Doe subscriber assigned IP address 98.245.5.127; Case No. 1:13-cv-00320-MSK.

Dated: February 6, 2013

Respectfully submitted,

By: /s/ *Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason Kotzker*