IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00307-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 174.51.234.104,

    Defendant.

## ORDER TO SHOW CAUSE

**Michael E. Hegarty, United States Magistrate Judge.**

    This matter comes before the Court *sua sponte*, due to Plaintiff's failure to demonstrate service upon the Defendant John Doe in accordance with Fed. R. Civ. P. 4(m). Rule 4(m) provides, in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

The Plaintiff initiated this action on February 5, 2013. Plaintiff sought two extensions of time within which to serve the Defendant; the Court granted both requests setting the deadline for August 5, 2013. Plaintiff has filed neither an affidavit of service nor a third request for extension of time.

    THEREFORE, Plaintiff is hereby ORDERED to show cause in writing no later than **August 23, 2013**, as to why this Court should not recommend that its claims against the John Doe Defendant be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated this 13th day of August, 2013, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge